UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWIN CURRY

CIVIL ACTION

VERSUS

NUMBER 07-613-FJP-SCR

CITY OF BATON ROUGE, ET AL

**RULING ON MOTION TO COMPEL DISCOVERY**

Before the court is the Motion to Compel Responses to Interrogatories and Requests for Production of Documents filed by plaintiff Edwin Curry. Record document number 6. Defendants filed a response.[1]

Defendants explained that they responded to the plaintiff's discovery requests, plaintiff's counsel is satisfied with their responses, and the plaintiff's motion is moot.[2]

Accordingly, the plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production of Documents filed by plaintiff Edwin Curry is denied as moot.

Baton Rouge, Louisiana, March 19, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 7.

[2] Plaintiff did not seek an award of expenses and attorney's fees incurred in connection with the motion.